Robert Clinton **SATTERFIELD,**
Appellant,

v.

**Otto C. BOLES, Warden of the West Vir-
ginia State Penitentiary, Appellee.**

No. 11689.

United States Court of Appeals
Fourth Circuit.

Argued March 4, 1969.

Decided March 7, 1969.

Before HAYNSWORTH, Chief Judge,
and CRAVEN and BUTZNER, Circuit
Judges.

PER CURIAM:

Denial of habeas corpus is affirmed
for the reasons stated in the opinion of
the District Judge, 297 F.Supp. 609.

Affirmed.